ORIGINAL FILED
07 AUG 23 PM 12:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

E-filing

CRB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lyubov Morozova )
) C 07 4350
)
                    Plaintiff, ) CASE NO. _____
)
    vs. ) APPLICATION TO PROCEED
Michael Chertoff et al ) **IN FORMA PAUPERIS**
) (Non-prisoner cases only)
)
                    Defendant. )
_____)

I, Lyubov Morozova _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                     Yes ____   No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

2/28/2007 -Gross 497.70  Net- 422.65/month

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment?    Yes ___ No ✔

b. Income from stocks, bonds, or royalties?    Yes ___ No ✔

c. Rent payments?    Yes ___ No ✔

d. Pensions, annuities, or life insurance payments?    Yes ___ No ✔

e. Federal or State welfare payments, Social Security or other government source?    Yes ✔ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

CAPI-$636.00/month from 04/01/07-present

State Welfare- $422.00/month- 04/01/2006-03/14/07

3. Are you married?    Yes ✔ No ___

Spouse's Full Name: Gennadiy Grozny

Spouse's Place of Employment: SSI

Spouse's Monthly Salary, Wages or Income:

Gross $ 856.00    Net $ 856.00

4. a. List amount you contribute to your spouse's support: $ Shared Household

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.  Do you own or are you buying a home?    Yes ____ No ✔

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.  Do you own an automobile?    Yes ✔ No ____

7  Make  Subaru            Year  1994         Model  Legacy

8  Is it financed? Yes ____ No ✔  If so, Total due: $ _____

9  Monthly Payment: $ _____

10  7.  Do you have a bank account? Yes ✔ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank:  Citibank- 4455 Geary Blvs. San Francisco, CA 94121

12  _____

13  Present balance(s): $ 97.34

14  Do you own any cash? Yes ✔ No ____ Amount: $ 70.00

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)    Yes ____ No ✔

17  _____

18  8.  What are your monthly expenses?

19  Rent: $ 505.00              Utilities: 96.28

20  Food: $ 400.00              Clothing: 100.00

21  Charge Accounts:

22  Name of Account         Monthly Payment          Total Owed on This Account

23  _____ $ _____ $ _____

24  _____ $ _____ $ _____

25  _____ $ _____ $ _____

26  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  No

1
2  10.  Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _07/26/07_                           _[signature]_
12       DATE                            SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28