```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    MELANIE L. PROCTOR, CSBN 228971
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6730
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
                              UNITED STATES DISTRICT COURT
 9
                             NORTHERN DISTRICT OF CALIFORNIA
10
                                   SAN FRANCISCO DIVISION
11
    LYUBOV MOROZOVA,                          )
12                                            )   No. C 07-4350 CRB
                                              )
13                  Plaintiff,                )
                                              )
14           v.                               )   ANSWER
                                              )
15  Department of Homeland Security, MICHAEL  )
    CHERTOFF, Secretary; United States        )
16  Citizenship and Immigration Services, EMILIO )
    T. GONZALEZ, Director; United States      )
17  Citizenship and Immigration Services,     )
    ROSEMARY MELVILLE, District Director;     )
18  U.S. Attorney General, ALBERTO GONZALES;  )
    Federal Bureau of Investigation, ROBERT S. )
19  MUELLER, III, Director,                   )
                                              )
20                  Defendants.               )
    _____)
21
22       The Defendants hereby submit their answer to Plaintiff's Petition for Hearing on Naturalization
23  Application Pursuant to 8 U.S.C. Section 1447(b).
24       1. Defendants admit the allegations in Paragraph One.
25       2. Defendants admit the allegations in Paragraph Two.
26       3. Defendants admit the allegations in Paragraph Three.
27       4. Defendants admit the allegations in Paragraph Four.
28       5. Defendants admit the allegations in Paragraph Five.
```

ANSWER
C07-4350 CRB                                   1

1    6. Defendants admit that Robert S. Mueller is the Director of the Federal Bureau of Investigation, but deny the remaining allegations in Paragraph Six.

2    7. Defendants admit the first two sentences and deny the third sentence in Paragraph Seven.

3    8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

4    9. Defendants admit the allegations in Paragraph Nine.

5    10. Defendants admit that Plaintiff was interviewed on January 27, 2006.

6    11. Defendants admit that Plaintiff was interviewed and passed her English and Civics tests. Defendants admit the allegation that her FBI background checks are still pending.

7    12. Defendants admit the allegations in Paragraph Twelve.

8    13. Paragraph Thirteen consists of Plaintiff's characterizations of the lawsuit to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in Paragraph Thirteen.

9    14. Defendants deny the allegations in Paragraph Fourteen.

10   15. Paragraph Fifteen consists of Plaintiff's characterizations of the lawsuit to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in Paragraph Fifteen.

The remaining paragraphs consist of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

**FIRST AFFIRMATIVE DEFENSE**

The Court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Petition fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendants are processing the application referred to in the Petition to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Date: November 2, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

             /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants