1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LYUBOV MOROZOVA,                                   )
                                                   ) No. C 07-4350 CRB
                                                   )
            Plaintiff,                             )
                                                   )
      v.                                           ) CONSENT TO PROCEED BEFORE A
                                                   ) UNITED STATES MAGISTRATE JUDGE
Department of Homeland Security, MICHAEL           )
CHERTOFF, Secretary; United States                 )
Citizenship and Immigration Services, EMILIO       )
T. GONZALEZ, Director; United States               )
Citizenship and Immigration Services,              )
ROSEMARY MELVILLE, District Director;              )
U.S. Attorney General, ALBERTO GONZALES;           )
Federal Bureau of Investigation, ROBERT S.         )
MUELLER, III, Director,                            )
                                                   )
            Defendants.                            )
_____)

///

///

///

///

///

///

///

///

CONSENT
C07-4350 CRB                                       1

1     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 2, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                              /S/
                                            MELANIE L. PROCTOR
                                            Assistant United States Attorney