1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Respondents
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   LYUBOV MOROZOVA,                       )
12                                        )   No. C 07-4350 CRB
                                          )
13               Petitioner,              )
                                          )
14       v.                               )   FORMAL REQUEST TO BE EXEMPT
                                          )   FROM ADR PROCESS; PROPOSED
15 Department of Homeland Security, MICHAEL )  ORDER
   CHERTOFF, Secretary; United States     )
16 Citizenship and Immigration Services, EMILIO )
   T. GONZALEZ, Director; United States   )
17 Citizenship and Immigration Services,  )
   ROSEMARY MELVILLE, District Director;  )
18 U.S. Attorney General, ALBERTO GONZALES; )
   Federal Bureau of Investigation, ROBERT S. )
19 MUELLER, III, Director,                )
                                          )
20               Respondents.             )
   _____)
21

22     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

25 provided by the court and private entities, and considered whether this case might benefit from any of

26 them.

27     Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 mandamus action is limited to Petitioner's request for relief pursuant to 8 U.S.C. § 1447(b). Given the

ADR CERTIFICATION
C07-4350 CRB                    1

1 substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 16, 2007            Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney

                                    /s/
                                  MELANIE L. PROCTOR[1]
                                  Assistant United States Attorney
                                  Attorneys for Respondents

Dated: November 16, 2007            /s/
                                    CARRIE ROSENBAUM
                                    Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                    CHARLES R. BREYER
                                  United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C07-4350 CRB                             2