1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Respondents
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                SAN FRANCISCO DIVISION
11
   LYUBOV MOROZOVA,                        )
12                                          ) No. C 07-4350 CRB
                                            )
13           Petitioner,                    )
                                            )
14      v.                                  ) FORMAL REQUEST TO BE EXEMPT
                                            ) FROM ADR PROCESS; ~~PROPOSED~~
15  Department of Homeland Security, MICHAEL ) ORDER
   CHERTOFF, Secretary; United States       )
16  Citizenship and Immigration Services, EMILIO )
   T. GONZALEZ, Director; United States     )
17  Citizenship and Immigration Services,    )
   ROSEMARY MELVILLE, District Director;    )
18  U.S. Attorney General, ALBERTO GONZALES; )
   Federal Bureau of Investigation, ROBERT S. )
19  MUELLER, III, Director,                  )
                                            )
20           Respondents.                   )
   _____)
21

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

25  provided by the court and private entities, and considered whether this case might benefit from any of

26  them.

27      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28  mandamus action is limited to Petitioner's request for relief pursuant to 8 U.S.C. § 1447(b). Given the

ADR CERTIFICATION
C07-4350 CRB                    1

1  substance of the action and the lack of any potential middle ground, ADR will only serve to multiply
2  the proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c),
3  the parties request the case be removed from the ADR Multi-Option Program and that they be excused
4  from participating in the ADR phone conference and any further formal ADR process.

5  Dated: November 16, 2007                    Respectfully submitted,

6                                              SCOTT N. SCHOOLS
                                               United States Attorney
7

8                                                    /s/
                                               MELANIE L. PROCTOR[1]
9                                              Assistant United States Attorney
                                               Attorneys for Respondents
10

11
   Dated: November 16, 2007                          /s/
12                                             CARRIE ROSENBAUM
                                               Attorney for Petitioner
13

14                              **ORDER**

15      Pursuant to stipulation, IT IS SO ORDERED.

16

17
   Date:   November 20, 2007
18                                             CHARLES R. BREYER
                                               United States District Judge
19



20

21

22

23

24

25

26

27
_____
28      [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
   signatures indicated by a "conformed" signature (/S/) within this efiled document.
   ADR CERTIFICATION
   C07-4350 CRB                         2