1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   LYUBOV MOROZOVA,                    )
12                                     )  No. C 07-4350 CRB
                                       )
13              Plaintiff,             )
                                       )
14         v.                          )  JOINT CASE MANAGEMENT
                                       )  STATEMENT
15 Department of Homeland Security, MICHAEL )
   CHERTOFF, Secretary; United States  )
16 Citizenship and Immigration Services, et al. )
                                       )
17              Defendants.            )
   _____)
18

19     1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiff

20 brought this Complaint under 28 U.S.C. §§ 1331 and 1361, the Administrative Procedure Act, and 8

21 U.S.C. §§ 1421 and 1447(b). All parties have been served.

22     2. Facts: On September 1, 2005, Plaintiff applied for naturalization. On January 27, 2006, Plaintiff

23 was interviewed by the U.S. Citizenship and Immigration Services. Plaintiff's name check is still

24 pending with the Federal Bureau of Investigation. On August 23, 2007, Plaintiff filed the instant

25 Complaint.

26     3. Legal Issues: The principal legal issue the parties dispute is whether the Court should render a

27 decision on his naturalization application in the absence of a completed name check.

28     4. Motions: None.

JOINT CASE MANAGEMENT STATEMENT
C07-4350 CRB                           1

5. Amendment of Pleadings: None.

6. Evidence Preservation: None.

7. Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

9. Class Actions: Not applicable.

10. Related Cases: None.

11. Relief: Plaintiff asks that the Court hear his case and render a declaratory judgment that he is entitled to be naturalized. This case does not involve damages.

12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on November 16, 2007.

13. Consent to Magistrate Judge for All Purposes: The parties have consented to assignment of this case to a United States Magistrate Judge.

14. Other References: None.

15. Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through motions.

17. Scheduling: The parties suggest the following dates:

Last day for Defendants to file Motion to Remand:    January 11, 2008

Last day for Plaintiff to file Opposition:    January 25, 2008

Last day for Defendants to Reply, if any:    February 1, 2008

The parties request the Court to take the matter under submission without oral argument. Should the Court prefer a hearing, the parties suggest February 15, 2008, at 10:00 a.m.

18. Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: November 27, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: November 27, 2007

/s/
CARRIE ROSENBAUM
Attorney for Plaintiff

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Motion to Remand shall be taken under submission at the close of the briefing schedule.

Date:

CHARLES R. BREYER
United States District Judge

**ALTERNATE CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Motion to Remand shall be heard on February 15, 2008, at 10:00 a.m.

Date:

CHARLES R. BREYER
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C07-4350 CRB                3