**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYUBOY MOROZOVA

Plaintiffs,

v.

SECRETARY MICHAEL CHERTOFF, et al.,

Defendants.

No. C-07-4350 CRB

**ORDER OF REASSIGNMENT TO
MAGISTRATE JUDGE FOR TRIAL
UPON CONSENT**

The Court having received the consent of each of the parties hereby reassigns the above captioned case to a United States Magistrate Judge for all further proceedings and the entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. section 636(c).

**IT IS SO ORDERED.**

Dated: November 28, 2007

CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE