SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYUBOV MOROZOVA, ) | No. C 07-4350 JL |
| Plaintiff, ) | |
| v. ) | JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, et al. ) | |
| Defendants. ) | |

The parties hereby submit the Joint Case Management Statement. The parties respectfully ask the Court to adopt the Statement without need for a Case Management Conference.

1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiff brought this Complaint under 28 U.S.C. §§ 1331 and 1361, the Administrative Procedure Act, and 8 U.S.C. §§ 1421 and 1447(b). All parties have been served.

2. Facts: On September 1, 2005, Plaintiff applied for naturalization. On January 27, 2006, Plaintiff was interviewed by the U.S. Citizenship and Immigration Services. Plaintiff's name check is still pending with the Federal Bureau of Investigation. On August 23, 2007, Plaintiff filed the instant Complaint.

3. Legal Issues: The principal legal issue the parties dispute is whether the Court should render a

1 | decision on his naturalization application in the absence of a completed name check.

2 |     4. Motions: None.

3 |     5. Amendment of Pleadings: None.

4 |     6. Evidence Preservation: None.

5 |     7. Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8 |     8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

10 |     9. Class Actions: Not applicable.

11 |     10. Related Cases: None.

12 |     11. Relief: Plaintiff asks that the Court hear his case and render a declaratory judgment that he is entitled to be naturalized. This case does not involve damages.

14 |     12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on November 16, 2007.

16 |     13. Consent to Magistrate Judge for All Purposes: The parties have consented to assignment of this case to a United States Magistrate Judge.

18 |     14. Other References: None.

19 |     15. Narrowing of Issues: None.

20 |     16. Expedited Schedule: The parties believe this matter can be solved through motions.

21 |     17. Scheduling: The parties suggest the following dates:

| | |
|---|---|
| Last day for Defendants to file Motion to Remand: | February 6, 2008 |
| Last day for Plaintiff to file Opposition: | February 20, 2008 |
| Last day for Defendants to Reply, if any: | February 27, 2008 |

The parties request the Court to take the matter under submission without oral argument. Should the Court prefer a hearing, the parties suggest March 12, 2008, at 9:30 a.m.

    18. Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for

JOINT CASE MANAGEMENT STATEMENT
C07-4350 JL                                                                                 2

1 | naturalization.

2 | 19. Disclosure of Non-party Interested Entities or Persons: None.

3 | 20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter:
4 | None.

5 | Dated: January 3, 2008                          Respectfully submitted,

6 |                                                  SCOTT N. SCHOOLS
                                                     United States Attorney

7 |
                                                        /s/
8 |                                                  MELANIE L. PROCTOR[1]
                                                     Assistant United States Attorney
9 |                                                  Attorneys for Defendants

10 |
Dated: January 3, 200                                   /s/
11 |                                                 CARRIE ROSENBAUM
                                                    Attorney for Plaintiff

12 |

13 | **CASE MANAGEMENT ORDER**

14 | The Case Management Conference is hereby VACATED. The Joint Case Management Statement
15 | and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and
16 | the parties are ordered to comply with this Order. The Motion to Remand shall be taken under
17 | submission at the close of the briefing schedule.

18 | IT IS SO ORDERED.

19 | Date:
                                                    JAMES LARSON
20 |                                                 United States Magistrate Judge

21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 |
28 | [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C07-4350 JL                          3

**ALTERNATE CASE MANAGEMENT ORDER**

The Case Management Conference is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Motion to Remand shall be heard on March 12, 2008, at 9:30 a.m.

IT IS SO ORDERED.

Date: _____

JAMES LARSON
United States Magistrate Judge