JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LYUBOV MOROZOVA, )<br>)<br>          Petitioner, )<br>)<br>   v. )<br>)<br>Department of Homeland Security, MICHAEL )<br>CHERTOFF, Secretary; United States )<br>Citizenship and Immigration Services, EMILIO )<br>T. GONZALEZ, Director; United States )<br>Citizenship and Immigration Services, )<br>ROSEMARY MELVILLE, District Director; )<br>U.S. Attorney General, ALBERTO GONZALES; )<br>Federal Bureau of Investigation, ROBERT S. )<br>MUELLER, III, Director, )<br>)<br>          Respondents. )<br>_____) | No. C 07-4350 JL<br><br>STIPULATION TO DISMISS; PROPOSED ORDER |

     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

STIPULATED DISMISSAL
C07-4350 JL                         1

1  Each of the parties shall bear their own costs and fees.

2  Dated: January 14, 2008                     Respectfully submitted,

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
4

5                                                     /s/
                                               MELANIE L. PROCTOR[1]
6                                              Assistant United States Attorney
                                               Attorneys for Respondents
7

8  Dated: January 14, 2008                            /s/
9                                              CARRIE ROSENBAUM
                                               Attorney for Petitioner
10

11                         **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14
   Date:                                       _____
15                                             JAMES LARSON
                                               United States Magistrate Judge
16

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-4350 JL                           2