1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYUBOV MOROZOVA, | No. C 07-4350 JL |
| Petitioner, | |
| v. | STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZÁLEZ, Director; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director, | |
| Respondents. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

STIPULATED DISMISSAL
C07-4350 JL                             1

1  Each of the parties shall bear their own costs and fees.

2  Dated: January 14, 2008                Respectfully submitted,

3                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

4

5                                               /s/
                                          MELANIE L. PROCTOR[1]
6                                         Assistant United States Attorney
                                          Attorneys for Respondents

7

8  Dated: January 14, 2008                      /s/
9                                         CARRIE ROSENBAUM
                                          Attorney for Petitioner

10

11                        **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14
    Date:  January 15, 2008              _____
15                                        JAMES LARSON
                                          United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-4350 JL                               2